# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 4:24-cr-00071 |
| HENRY WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Scott G. Reddock, counsel of record for the defendant in the above-styled case, has moved for leave of absence. That leave of absence is GRANTED. Doc. 30.

SO ORDERED this __25th__ day of April, 2025.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia