IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:24-cr-71 |
| HENRY WILLIAMS, | |
| Defendant. | |

**O R D E R**

After a careful, de novo review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, (doc. 32), to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendant's Motion to Dismiss, as supplemented, is **DENIED**. (Docs. 18 & 26.)

**SO ORDERED**, this 23rd day of May, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA